# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-2366

_____

MARCUS WAYNE STEWART,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Bay County.
Brantley S. Clark, Jr., Judge.

April 15, 2026

PER CURIAM.

AFFIRMED. *See Coleman v. State*, 315 So. 3d 166, 168 (Fla. 1st DCA 2021) (concluding that argument to trial court that statements were unreliable, without "assert[ing] that the trial court's findings were legally insufficient," fails to preserve a sufficiency challenge under section 90.803(23), Florida Statutes); *Bass v. State*, 35 So. 3d 43, 46 (Fla. 1st DCA 2010) (citing *Reynolds v. State,* 660 So. 2d 778, 780 (Fla. 4th DCA 1995)) (finding section 90.403 challenge unpreserved where objection in trial court addressed bolstering, prior consistent statements, and cumulativeness but did not raise the balancing test under section 90.403).

ROBERTS, WINOKUR, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jessica J. Yeary, Public Defender, Tallahassee, and Kevin P. Steiger, Assistant Public Defender, Tallahassee, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Darcy Townsend, Assistant Attorney General, Tallahassee, for Appellee.